**FILED**
3/16/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

JAN 2 8 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carl E. Dorsey
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

15c936
Judge John W. Darrah
Magistrate Judge Sidney I. Schenkier
PC8

Case No. _____
(To be supplied by the Clerk of this Court)

vs.

Tom Dart
Dentist (Div. 6 on
6 Aug 14 approx
10:30 AM) Brenda
Taylor DMD, CCHHS

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Carl Dorsey

   B. List all aliases: N/A

   C. Prisoner identification number: 20140430275

   D. Place of present confinement: Since 23JAN15 Cook County Jail Statesville, NRC

   E. Address: 2700 S. California Ave. Chgo/IL
   L-2(3, P.O Box 112; Joliet, IL 60434

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Tom Dart
      Title: Sheriff of Cook County
      Place of Employment: Cook County (Illinois)

   B. Defendant: Brenda Taylor
      Title: DMD
      Place of Employment: C.C.H.H.S

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Carel Dorsey -vs- Cook County Dept. of Corrections, Docket # 14C9198

B. Approximate date of filing lawsuit: 17 Nov 14

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Carel Dorsey

D. List all defendants: Tom Dart Nursing Staff Div. Two Dorm Two 7-3 shift, C.C.H.H.S

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): US Dist. 219 S. Dearborn St. Chgo, IL

F. Name of judge to whom case was assigned: Judge John W. Darrah Magistrate Judge Sidney I. Schenkier

G. Basic claim made: Violation of "H.I.P.A" Rights and LAW

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: Unknown at this time.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

06 Aug 14 Approx 10:30 AM DMD Brenda Taylor Division Six Cook County Jail Refused me Service on a Filling that I reported to Officer Calloway. Filled out Yellow Medical Request Form for Approx 30 Apr 14. This Dentist for No Apparent Reason Shot Medicine which was Suppose to be used to deaden the Gum Area to Replace Filling, Shot Medicine Down My throat Alledgedly because I Could Not open My Mouth wide enough for Her, and was Flinching due to pain and Discomfort of Exposed Nerves. Exposed due to Missing Filling. This "Dentist" "Revisted" Me without Replacing tooth Filling or Prescribing pain Meds for an Additional Couple of Weeks. Work Done by her Superior Dentist - Filling Replaced.

4                                                         Revised 9/2007

(Then had her Department head to perform Filling Repair due to the Fact I grieved the ZL Treatment by that Dentist I am Led To Believe). This is A problem that should not be Happing to Me or Any Patient/Detainee/Person. Okay I was transfered to RTU8, 3B and have been puting in Slips Since 26 Sep 14 and was told that I was Scheduled to see Dentist (Div. 6) in December and then January '15 and Now for a Tooth Ache Now that I seem to be Just Revisted when one accordally to D.O.C, C.C.H.S policy should be seen within two Days. Nurse Jones Saw me on Jan 9, 2015 @ RTU 8 3rd floor Sickcall. Told me I am now Scheduled for Dentist in March 2015. As You May Concur Since I Grieved AND Brenda Taylor (Div. 6 is Dentist for RTU) I am in pain No help! It Seems that this Dentist, Dental Department as a whole here suffers with Compassion Fatigue. A Form of Emotional BURNOUT!

5

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief in the form of monatary damages for Mistreatment. Denial of Immediate Dental Care. Prevent this from Happening to me or any other again. Why would I have to be without treatment because I grieved ILL Treatment By DMD Brenda Taylor?

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6 day of JAN, 20 15

Carl Dorsey
(Signature of plaintiff or plaintiffs)

Carl Dorsey
(Print name)

201404 30275
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
Rtu 8, 3B6
(Address)

Revised 9/2007



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

---

**! This section is to be completed by Program Services staff - ONLY !** (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

---

**INMATE INFORMATION** (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Dorsey | Carl | 20140430275 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| II, D2 | W3 | 08/06/14 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident – Time of Incident – Specific Location of Incident
(Por Favor, Incluya): Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente

06 Aug 14 / approx 10:30 AM Dentist in Div. 6 refused me (Re-visit) treatment for a filling that I have med requested to be replaced since 30 Apr 14. This employee apparently has lost people skills seems to be uncaring and uncaring that she is inflicting pain. So it's normal for this inmate (Pre-trial detainee) to "flinch" when being stuck with needle.

**ACTION THAT YOU ARE REQUESTING** (Acción que esta solicitado):
Again sensitivity training is in order for this employee of CCDOC although a licensed Dentist no training...

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE (Firma del Preso): |
|---|---|
| Bobbie Harrison | Carl Dorsey |

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| M Smith | M Smith | 8/7/14 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | / / |

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso/Respuesta/Forma de Apelación)

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 20144794

### INMATE INFORMATION

INMATE LAST NAME: Dorsey
INMATE FIRST NAME: Carl
ID Number: 20140430275

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
050 - Dental Treatment

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** Cermak
**DATE REFERRED:** 8/8/14

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** Pt seen and treated on 8/13/14

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Ken
**SIGNATURE:** [signature]
**DATE:** 8/13/14

**DATE RESPONSE WAS RECEIVED:** 8/21/14
**INMATE SIGNATURE:** Carl Dorsey

### INMATE'S REQUEST FOR AN APPEAL

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 08/21/14

**INMATE'S BASIS FOR AN APPEAL:** Filling has yet to be done okay.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☑

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** No indication for filling to be replaced.

**ADMINISTRATOR/DESIGNEE:** Ruple
**SIGNATURE:** [signature]
**DATE:** 8/26/14

**INMATE SIGNATURE:** Carl Dorsey
**DATE INMATE RECEIVED APPEAL RESPONSE:** 9/4/14

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)