

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARL E. DORSEY,
   Plaintiff,

-vs-

BRENDA TAYLOR,
   Defendant.

) 15 CV 00936
)
) HONORABLE JUDGE
) JOHN W. DARRAH

FILED
SEP 16 2015 EAA
9-16-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

<u>Plaintiff's Response to Defendant's Motion To Dismiss Certain Claims Asserted In Plaintiff's Complaint</u>

Comes now Plaintiff, Carl E. Dorsey, pro se' SEE: <u>Kaba v. Stepp</u>, 458 F. 3d 678, 687 (7th Cir. 2006), and responds to Defendant's Rule 12(b)(6) (F.R.C.P.) motion as follows:

1. Counsel alleges that Plaintiff improperly raises additional claims of deliberate indifference against Defendant that were neither raised in his August 6, 2014, grievance, nor relevant to the subject matter of his grievance.

2. Furthermore, Counsel proceeds to move for dismissal of Plaintiff's claims when they evince repeated examples of negligent acts which disclose a pattern of misconduct by jail medical staff by showing systematic and gross deficiencies in staffing, facilities, equipment, and/or procedures which makes them relevant.

1.

3. In addition hereto, Plaintiff asks this Honorable Court to reject counsel's theories where the jail had not processed all of his grievances before he was transferred to Illinois Dept. of Corrections thereby causing the Plaintiff to be unable to attach further documentation to his complaint.

4. Finally, the medical (mis)treatment was delayed for non-medical reasons, and it's clear that the additional allegations contained in Plaintiff's complaint sufficiently state constitutional claims that the medical defendant(s) were deliberately indifferent to Plaintiffs serious medical needs. Thus, when the allegations indicate this type of indifference, dismissal prior to discovery is premature.

Wherefore, Plaintiff Dorsey prays that this Honorable Court grant him an adequate, complete, and permanent remedy at law to redress the wrongs he's suffered or he will continue to be irreparably harmed by Defendants conduct.

Respectfully submitted,
/S/ Cearl E. Dorsey
IN B62990