**FILED**

SEP 16 2015 EAA
9-16-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sept. 11, 2015

15-cv-00936

Dear Honorable Judge,

I would like to use this letter to ask for leave to file an amended complaint after my response (enclosed) is filed. I would also like to ask the court for some time, maybe 2-weeks, to file the amended complaint if leave is granted.
Thank you!

Respectfully submitted,
/s/ Carl E. Dorsey
IN. B62990