# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Carl E. Dorsey | ) | Case No: 15 C 936 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Brenda Taylor | ) | |
| | ) | |

## ORDER

For the reasons stated in the attached memorandum opinion and order, defendant's motion to dismiss portions of plaintiff's complaint is granted [20]. Enter memorandum opinion and order. Civil case closed.

Date: 10/14/15 /s/ Judge John W. Darrah